UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DOE,

Plaintiff,

-v-

MARKWAYNE MULLIN et al.,

Defendant.

26-CV-10128 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

On November 18, 2026, Plaintiff filed a motion seeking to proceed under the pseudonym "John Doe." *See* ECF No. 5. The motion is GRANTED temporarily. Defendants — and any non-party who seeks, and is granted, leave to intervene for purposes of being heard on the issue — shall file any opposition to the motion **within two weeks of Defendants' entering a notice of appearance**; any reply shall be filed within **one week of any opposition**. In the meantime, the Court reserves judgment on whether to grant the motion on a more permanent basis.

To ensure that the Court has no conflicts that would require recusal, Plaintiff shall promptly file, **under seal**, a declaration disclosing his identity to the Court. More specifically, mindful that Plaintiff is *pro se* and not an ECF filer, he shall e-mail the declaration to Furman_NYSDChambers@nysd.uscourts.gov; the Court will then docket the declaration under seal. Plaintiff should note, however, that, in general, he may not communicate directly with, or send documents and court filings to, Chambers.

The Clerk of Court is directed to issue summonses and terminate ECF No. 5. Since Plaintiff consents to electronic service, *see* ECF No. 4, there is no need to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: November 24, 2026
New York, New York

JESSE M. FURMAN
United States District Judge